Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:20-po-00573-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| ADDISON W. BAGBY, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:20-po-00573-JDP*, without prejudice and in the interest of justice.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 14, 2021              */S/ Sean O. Anderson*
                                      SEAN O. ANDERSON
                                      Legal Officer
                                      Yosemite National Park

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Upon motion of the United States filed on January 14, 2021 (Doc. No. 8) under Fed. R. Crim. Pro. 48, the matter of *United States v. Bagby,* case no. 6:20-po-00573-HBK, is dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:   January 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2